*Van Cise* for appellee W. R. Grace & Co.; *Edgar E. Barton* for appellee International Minerals & Chemical Corp.; and *Edward F. Howrey* and *John Bodner, Jr.,* for appellee Mobil Oil Corp.

No. 1131. JOHNSON *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari granted. *Ronald L. Carlson* for petitioner. *Richard C. Turner,* Attorney General of Iowa, and *William A. Claerhout,* Assistant Attorney General, for respondent.

No. 890, Misc. KAUFMAN *v.* UNITED STATES. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Solicitor General Griswold* for the United States.

No. 1054. PORT AUTHORITY TRANS-HUDSON CORP. *v.* HUDSON RAPID TUBES CORP. Ct. App. N. Y. Certiorari denied. *Sidney Goldstein, Joseph Lesser, Milton H. Pachter, Whitney North Seymour, John A. Guzzetta* and *Arthur I. Settles* for petitioner. *David W. Peck* and *L. Robert Driver, Jr.,* for respondent. *Arthur J. Sills,* Attorney General, *Joseph A. Hoffman,* First Assistant Attorney General, and *Elias Abelson, David A. Biederman* and *Arthur Abba Goldberg,* Deputy Attorneys General, for the State of New Jersey, as *amicus curiae,* in support of the petition.